# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Karriemah Muqeet | Case No. 1:08-cv-01166 |
| Plaintiff, | Judge: Der-Yeghiayan |
| v. | |
| Creditors Financial Group, LLC | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     /s/ Richard J. Meier
    Richard J. Meier
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 16, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

Creditors Financial Group, LLC
c/o CT Corporation System,
Registered Agent
208 S. Lasalle St.
Chicago, IL 60604

                                                                          */s/ Richard J. Meier*